FILED

DEC - 1 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Dusty Miller, Special Agent, Coast Guard Investigative Service, Chesapeake, Virginia, being duly sworn, state the following:

1.    I am a Special Agent with the United States Coast Guard Investigative Service (CGIS) and a member of the United States Coast Guard (USCG). I have conducted maritime law enforcement operations from various perspectives, including as a crewmember on the U.S. Coast Guard Cutter (USCGC) THETIS in 2003, as a USCG Boarding Officer from 2007 to 2015, and as a CGIS criminal investigator since 2015. Throughout my time in the Coast Guard and CGIS, I have received specialized training in the detection, interdiction, and investigation of violations of the Maritime Drug Law Enforcement Act, Title 46 U.S. Code Chapter 705. In my current assignment at CGIS Chesapeake Region, Portsmouth, VA, I have acquired practical knowledge and experience by participating in joint investigations of drug trafficking organizations with other federal agencies in the Eastern District of Virginia.

2.    I have probable cause to believe that Rodrick Foster MCLEAL, Edgar PEREZ-SAMUDIO, Danilo TUCRE, Atdil CHAVEZ, Sjurden GUTIERREZ, Yureeth BLAKE, Sadan Elijah PRUDO-MARTIN, Herman FLORAS, and Adrick CASTILLO have committed the following offense in violation of federal law:  Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).  Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

### PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

1.    Since March 2020, CGIS Chesapeake Region has supported the Drug Enforcement Administration (DEA) Hampton Post of Duty and Homeland Security

Investigations Norfolk with joint investigations of maritime smuggling operations based in the eastern Pacific Ocean and throughout the Caribbean. Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred-kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2.     On or about November 21, 2022, a Maritime Patrol Aircraft spotted a GFV operating approximately 53NM northwest of Malpelo Island, Colombia. USCGC CAMPBELL was patrolling nearby and diverted to intercept. USCGC CAMPBELL launched their small boat and helicopter. The GFV was observed displaying no indicia of nationality with packages and fuel barrels on deck. USCGC CAMPBELL requested and USCG District 11 issued a Statement of No Objection to conduct a Right of Visit boarding on a vessel suspected of illicit maritime activity, including use of force up to and including warning shots and/or disabling fire on a vessel reasonably suspected of being without nationality, and displaying no indicia of nationality, located in international waters.

3.     While requesting the Statement of No Objection, USCGC CAMPBELL helicopter was counter-detected by the GFV and individuals onboard the GFV began to jettison packages. USCGC CAMPBELL's small boat crew recovered one bale and continued pursuit. The helicopter utilized warning shots, which were ineffective. The helicopter then utilized disabling fire, which was effective.

4.     The small boat arrived on scene and the boarding team gained positive control of the GFV. The boarding team reported there were nine persons on board, including six Costa Rican nationals and three Nicaraguan nationals. The boarding team also reported there was no physical flag flown on the GFV, no registration documents, no name on the hull, but the Master

claimed Costa Rican nationality for the vessel. Based on results of the Right of Visit boarding, USCGC CAMPBELL requested and USCG District 11 authorized the enactment of the United States / Costa Rica Bilateral Agreement and commenced a law enforcement boarding and forms exchange. Costa Rica could not confirm nor deny the nationality of the vessel. USCG District 11 granted a Statement of No Objection to treat the GFV as without nationality.

5. USCGC CAMPBELL conducted IONSCAN swabs of the hands of the nine persons on board the GFV. The boarding team received positive IONSCAN results for cocaine from the persons on board. The GFV started taking on water, so the boarding team removed everyone from the GFV for safety. The boarding team removed additional bales from the GFV. The boarding team conducted Narcotics Identification Kit (NIK) tests on the contents of the packages, yielding two presumptive positive NIK tests for marijuana. A total of 85 bales were recovered with an estimated weight of 5,626lbs of marijuana.

6. USCGC CAMPBELL requested and USCG District 11 authorized to detain the nine individuals, identified as Rodrick Foster MCLEAL, Edgar PEREZ-SAMUDIO, Danilo TUCRE, Atdil CHAVEZ, Sjurden GUTIERREZ, Yureeth BLAKE, Sadan Elijah PRUDO-MARTIN, Herman FLORAS, and Adrick CASTILLO. Initial records checks yielded no active wants or warrants, no criminal histories, and no encounter history at U.S. borders or equivalent ports of entry.

7. USCGC CAMPBELL requested and USCG District 11 granted authorization to sink the GFV as a hazard to navigation due to its distance from land, a lack of suitable tow points, disabled engines, and the vessel was slowly taking on water. USCGC CAMPBELL sank the GFV prior to departing the scene.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Rodrick Foster MCLEAL, Edgar PEREZ-SAMUDIO, Danilo TUCRE, Atdil CHAVEZ, Sjurden GUTIERREZ, Yureeth BLAKE, Sadan Elijah PRUDO-MARTIN, Herman FLORAS, and Adrick CASTILLO with Manufacture, Distribution, or Possession with Intent to Distribute a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Dusty Miller, Special Agent
Coast Guard Investigative Service

Reviewed by:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to
before me on this
__1st__ day of December 2022.

Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia